# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| CENTRAL MAINE MEDICAL CENTER, | ) <br> ) <br> ) |
| Plaintiff, | ) <br> ) Civil No. 2:14-cv-381-NT |
| v. | ) <br> ) |
| SYLVIA BURWELL, Secretary, U.S. Department of Health and Human Services, | ) <br> ) <br> ) <br> ) |
| Defendant | ) <br> ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On August 21, 2015, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Decision. The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Defendant's Motion to Dismiss is hereby **DENIED** without prejudice.

**SO ORDERED**.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 10th day of September, 2015.